IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANIEL O'NEILL, | § | |
| | § | No. 682, 2015 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | |
| | § | Superior Court of the |
| CARMAN DODGE, INC., | § | State of Delaware |
| | § | |
| Defendant Below, | § | C.A. No. 14A-12-010 |
| Appellee. | § | |

Submitted: May 11, 2016
Decided: May 18, 2016

Before **STRINE**, Chief Justice; **HOLLAND** and **VALIHURA**, Justices.

## O R D E R

This 18th day of May 2016, the Court, having considered this matter on the briefs of the parties, has concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its decision of November 16, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice